# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated** | ) ) ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 3:26-CV-01267-JKM ) |
| | ) |
| **RENEWAL BY ANDERSEN LLC** | ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Ayotunde Oniyesan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to RENEWAL BY ANDERSEN LLC in Washington County, MN on May 14, 2026 at 11:23 am at 551 Maine St N, Bayport, MN 55003-1049 by leaving the following documents with David Lindberg who as Mail Associate is authorized by appointment or by law to receive service of process for RENEWAL BY ANDERSEN LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT
Race: White, Sex: Male, Est. Age: 25-34, Hair: Blonde, Glasses: Y, Est. Weight: 100 lbs to 120 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=45.0224768485,-92.7777842933
Photograph: See Exhibit 1

Total Cost: $113.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Ramsey County                      ,

   MN    on   5/14/2026           .

/s/ *Ayotunde Oniyesan*
_____

Signature
Ayotunde Oniyesan
+1 (763) 327-8262

Exhibit 1a)



Exhibit 1b)





Exhibit 1c)