**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situation,

Plaintiff,

v.

RENEWAL BY ANDERSEN LLC,

Defendant.

CASE NO. 3:26-cv-01267-JKM

**DEFENDANT'S FIRST UNOPPOSED MOTION TO EXTEND**
**TIME TO RESPOND TO COMPLAINT**

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Defendant Renewal by Andersen ("Defendant") moves the Court for an extension of fourteen days, through and including August 11, 2026, to respond to Plaintiff's Class Action Complaint. In support, Defendant states as follows:

1.      Defendant's current responsive pleading deadline is July 28, 2026. Dkt. No. 6.  That deadline has not yet passed.

2.      Defendant has been diligently investigating the claims but requires more time to respond given Defendant's counsel's preexisting professional commitments, including an upcoming arbitration trial.

3.      This is the first request to extend Defendant's deadline to respond.

4.      Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

5.      This request is made for good cause and not for the purpose of delay. *See, e.g.,* *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

6.      A proposed Order is filed with this motion.

Defendant therefore respectfully requests that the Court grant this motion and allow it until August 11, 2026 to answer, move, or otherwise respond to the Complaint.

DATED:  July 27, 2026

Respectfully submitted,

/s/ Matthew A. Lipman
**McELROY, DEUTSCH,**
**MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA LLP**
Matthew A. Keilson
GA 216676
mkeilson@wtlaw.com
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel: (678) 372-0408
Fax: (404) 537-1650

*Counsel for Defendant*

2

**LOCAL RULE 7.1 CONFERENCE**

Pursuant to Local Rule 7.1, counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via phone on July 27, 2026, about this motion.  Plaintiff's counsel advised that Plaintiff does not oppose the requested relief.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Matthew A. Lipman*
Matthew A. Lipman
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27  2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Lipman*
Matthew A. Lipman