**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR          :
ADMISSION TO PRACTICE IN THIS COURT     :

FRIEL v.
RENEWAL BY     3:26-cv-1267
ANDERSEN LLC

## PETITION

I, __Anthony Paronich__ , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: __350 Lincoln Street, Suite 2400__

__Hingham, MA 02043__

Office Telephone: __(617) 485-0018__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Massachusetts (11/23/2010), Northern District of Illinois (7/11/2018), Eastern District of Michigan (5/2/2014), Western District of Wisconsin (10/9/2014)

My attorney Identification number is: __678437__

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT __s/Julia K. Munley__     Date:__7/27/26__