**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situation, <br><br> Plaintiff, <br><br> v. <br><br> RENEWAL BY ANDERSEN LLC, <br><br> Defendant. | CASE NO. 3:26-cv-01267-JKM |

## ORDER

**AND NOW**, this 28th day of July, 2026, upon consideration of Defendant Renewal by Andersen LLC's First Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **August 11, 2026** to respond to the Complaint.

BY THE COURT:

*s/Julia K. Munley*
**JULIA K. MUNLEY, U.S.D.J.**