## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situation, | |
| Plaintiff, | CASE NO. 3:26-cv-01267-JKM |
| v. | |
| RENEWAL BY ANDERSEN LLC, | |
| Defendant. | |

### DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Defendant Renewal by Andersen hereby moves the Court for a second extension of 14 days—through and including August 25, 2026—to respond to Plaintiff's Class Action Complaint. In support, Defendant states as follows:

1. Defendant's current responsive pleading deadline is August 11, 2026. Dkt. No. 9. That deadline has not yet passed.

2. Defendant and Plaintiff have been working collaboratively to voluntarily share information and streamline issues in the case, including issues bearing on whether Renewal by Andersen is a proper party to this action. To conserve expense and continue discussions with Plaintiff, Defendant seeks an additional 14 days to respond to the complaint

3. This is the second request to extend Defendant's deadline to respond. Defendant does not anticipate seeking any further extensions.

4. Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

5. This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

6. A proposed Order is filed with this motion.

Defendant therefore respectfully requests that the Court grant this motion and allow it until August 25, 2026 to answer, move, or otherwise respond to the Complaint.

DATED:  August 10, 2026

Respectfully submitted,

/s/ Matthew A. Lipman
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esq.
PA 86892
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, Pennsylvania 19103-1815
Tel: (215) 557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA LLP**
Matthew A. Keilson
GA 216676
mkeilson@wtlaw.com
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel: (678) 372-0408
Fax: (404) 537-1650

*Counsel for Defendant*

## LOCAL RULE 7.1 CONFERENCE

Pursuant to Local Rule 7.1, counsel for Defendant certifies that Defendant conferred with

Plaintiff's counsel via email on August 7, 2026, about this motion.  Plaintiff's counsel advised that

Plaintiff does not oppose the requested relief.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

/s/ Matthew A. Lipman
Matthew A. Lipman
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10,  2026, I caused a true and correct copy of the foregoing

to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send

a notice of electronic filing to all counsel of record.

/s/ Matthew A. Lipman
Matthew A. Lipman