**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situation,<br><br>      Plaintiff,<br><br>      v.<br><br>RENEWAL BY ANDERSEN LLC,<br><br>      Defendant. | CASE NO. 3:26-cv-01267-JKM |

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED**
**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Having considered Defendant Renewal by Andersen LLC's Second Unopposed Motion for

Extension of Time to Respond to Plaintiff Joseph Friel's Complaint, and for good cause shown,

the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant shall have until August 25, 2026, to answer

or otherwise respond to the Complaint.

**SO ORDERED** this _____ day of _____ 2026.

_____
HON. JULIA K. MUNLEY
UNITED STATES DISTRICT JUDGE