### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situation,

        Plaintiff,

    v.

RENEWAL BY ANDERSEN LLC,

        Defendant.

CASE NO. 3:26-cv-01267-JKM

### ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Having considered Defendant Renewal by Andersen LLC's Second Unopposed Motion for Extension of Time to Respond to Plaintiff Joseph Friel's Complaint, and for good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant shall have until August 25, 2026, to answer or otherwise respond to the Complaint.

**SO ORDERED** this 11th  day of  August,  2026.

        *s/Julia K. Munley*
        JUDGE JULIA K. MUNLEY
        UNITED STATES DISTRICT COURT