IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,**<br>**Plaintiff**<br><br>**v.**<br><br>**RENEWAL BY ANDERSEN LLC,**<br>**Defendant** | : | **No. 3:26cv1267**<br><br>**(Judge Munley)** |

**ORDER FOR DISMISSAL**

Upon notice from plaintiff's counsel that this matter has settled, (Doc. 14), it is hereby **ORDERED** that this case is dismissed without costs. The parties will have sixty (60) days to consummate the settlement. The Clerk of Court is directed to close this case.

**Date:** 10/13/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**